AO91 (Rev. 12/03)  Criminal Complaint                                                    AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>vs. | **CRIMINAL COMPLAINT**<br><br>Case Number: 7:18-po-19488 |

Lester Rolando ALONZO
IAE
Guatemala 1986

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about **December 13, 2018** in **Starr** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Lester Rolando ALONZO was encountered by Border Patrol Agents near Roma, Texas on December 13, 2018. When questioned as to his citizenship, defendant stated that he was a citizen and national of Guatemala, who had entered the United States illegally on December 13, 2018 by rafting across the Rio Grande River near the Roma, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Garcia, Claudia   Border Patrol Agent
Signature of Complainant

Garcia, Claudia    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 14, 2018                                           at    McAllen, Texas
Date                                                                          City/State

Peter E Ormsby            U.S. Magistrate Judge
Name of Judge            Title of Judge                                              Signature of Judge